UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| J. & E. HYNDS, LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>HOPSCOTCH TECHNOLOGY, INC., a Colorado corporation,<br><br>　　　　　　Defendant. | Case No. C08-5083JKA<br><br>ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT |

　　　THIS MATTER, having come on for hearing before the Court pursuant to the parties' Stipulation for Extension of Time to Answer or Otherwise Respond to Complaint, filed herein; the Court having reviewed the records and files herein, and good cause appearing; NOW, THEREFORE:

　　　IT IS HEREBY ORDERED that the Defendant shall have an extension of time until April 8, 2008, to file an answer or otherwise respond to the complaint.  This order shall be filed in the above matter with copies provided to all counsel.

ORDER GRANTING EXTENSION OF TIME - 1

DATED this 21st day of March, 2008.

/s/ J. Kelley Arnold
United States Magistrate Judge

Respectfully submitted by:

  /s/ John H. Guin
JOHN H. GUIN, WSBA No. 26794
LAW OFFICE OF JOHN H. GUIN, PLLC
The Hutton Building
9 South Washington, Suite 720
Spokane, WA 99201
Telephone: (509) 747-5250
Facsimile: (509) 747-5251
Email: john@guinlaw.com

ORDER GRANTING EXTENSION OF TIME - 2