UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| J. & E. HYNDS, LLC, | Case No. C08-5083JKA |
| Plaintiff, | |
| vs. | ORDER FOR SECOND EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT |
| HOPSCOTCH TECHNOLOGY, INC., a Colorado corporation, | |
| Defendant. | |

THIS MATTER, having come on for hearing before the Court pursuant to the defendant's Motion for Second Extension of Time to Answer or Otherwise Respond to Complaint, filed herein; the Court having reviewed the records and files herein, and good cause appearing; NOW, THEREFORE:

IT IS HEREBY ORDERED that the Defendant shall have an extension of time until April 15, 2008, to file an answer or otherwise respond to the complaint. This order shall be filed in the above matter with copies provided to all counsel.

ORDER GRANTING EXTENSION OF TIME - 1

DATED this 17th day of April, 2008.

                            */s/ J. Kelley Arnold*_____
                            United States Magistrate Judge

Respectfully submitted by:

  /s/ John H. Guin_____
JOHN H. GUIN, WSBA No. 26794
LAW OFFICE OF JOHN H. GUIN, PLLC
The Hutton Building
9 South Washington, Suite 720
Spokane, WA 99201
Telephone: (509) 747-5250
Facsimile: (509) 747-5251
Email: john@guinlaw.com

ORDER GRANTING EXTENSION OF TIME - 2