UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| J. & E. HYNDS, LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>HOPSCOTCH TECHNOLOGY, INC., a Colorado corporation,<br><br>                Defendant. | Case No. C08-5083JKA<br><br>ORDER FOR SECOND EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT |

       THIS MATTER, having come on for hearing before the Court pursuant to the defendant's Motion for Second Extension of Time to Answer or Otherwise Respond to Complaint, filed herein; the Court having reviewed the records and files herein, and good cause appearing; NOW, THEREFORE:

       IT IS HEREBY ORDERED that the Defendant shall have an extension of time until April 15, 2008, to file an answer or otherwise respond to the complaint. This order shall be filed in the above matter with copies provided to all counsel.

ORDER GRANTING EXTENSION OF TIME - 1

1    DATED this 17th day of April, 2008.

3                                            */s/ J. Kelley Arnold*_____
                                             United States Magistrate Judge

6    Respectfully submitted by:

8      /s/ John H. Guin_____
     JOHN H. GUIN, WSBA No. 26794
9    LAW OFFICE OF JOHN H. GUIN, PLLC
     The Hutton Building
10   9 South Washington, Suite 720
     Spokane, WA 99201
11   Telephone: (509) 747-5250
12   Facsimile: (509) 747-5251
     Email: john@guinlaw.com

ORDER GRANTING EXTENSION OF TIME - 2